

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | § | No. 08-20-00036-CV |
| | § | Appeal from the |
| Appellant, | § | County Court at Law No. 1 |
| v. | § | of Travis County, Texas[1] |
| COBEY HARTMAN, | § | (TC# C-1-CV-19-005425) |
| Appellee. | § | |

## <u>MEMORANDUM OPINION</u>

Appellant Allstate Fire and Casualty Insurance Company has filed an unopposed motion for voluntary dismissal in this appeal because the parties have settled. *See* TEX.R.APP.P. 42.1(a). The motion is granted. Pursuant to the agreement of the parties, we set aside the trial court's judgment without regard to the merits, and remand this cause to the trial court for further proceedings. *See* TEX.R.APP.P. 42.1(a)(2)(b). Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

August 12, 2020

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.

---

[1] We hear this case on transfer from the Third Court of Appeals in Austin. *See* TEX.R.APP.P. 41.3.

1